[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 21, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-14276
Non-Argument Calendar
_____

D. C. Docket No. 06-60057-CR-WJZ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT WEAVER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(August 21, 2007)

Before BLACK, CARNES and MARCUS, Circuit Judges.

PER CURIAM:

Howard L. Greitzer, appointed counsel for Robert Charles Weaver, has filed

a motion to withdraw on appeal, supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and his conviction and sentence are **AFFIRMED**.  Weaver's <u>pro se</u> motion for appointment of new counsel is **DENIED** as moot.